No. 339. BATMAN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *George S. McCarthy* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Harry Baum* for respondent.

No. 342. WARREN COUNTY, MISSISSIPPI, *v.* HESTER, SHERIFF, ET AL. Supreme Court of Louisiana. Certiorari denied. *L. W. Brooks* for petitioner. *F. G. Hudson, Jr.* for respondents.

No. 350. MOGIS *v.* LYMAN RICHEY SAND & GRAVEL CORP. C. A. 8th Cir. Certiorari denied. *Einar Viren* for petitioner. *J. A. C. Kennedy* for respondent.

No. 364. LERMAN ET AL., TRADING AS LERMAN BROTHERS, *v.* FRUIT PROCESSORS, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Robert L. Wright* and *Carl W. Berueffy* for petitioners. *Leslie C. Garnett* and *Samuel F. Beach* for respondent.

No. 325. FLORIDA EX REL. HAWKINS ET AL. *v.* BOARD OF CONTROL OF FLORIDA ET AL. Petition for writ of certiorari to the Supreme Court of Florida denied for want of a final judgment. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *Robert L. Carter* and *Thurgood Marshall* for petitioners. *Richard W. Ervin*, Attorney General of Florida, and *Frank J. Heintz, Ralph M. McLane* and *Howard S. Bailey*, Assistant Attorneys General, for respondents.